**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH PEREZ,

    Plaintiff,

v.                                    CASE NO.:  8:17-cv-01041-EAK-AAS

TRANSWORLD SYSTEMS, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, JOSEPH PEREZ, and the Defendant, TRANSWORLD SYSTEMS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| s/ *Amanda J. Allen, Esq.* | /s/*Jocelyn C. Smith, Esq.* |
| Amanda J. Allen, Esquire | Jocelyn C. Smith, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 0036554 |
| Amanda@TheConsumerProtectionFirm.com | jsmith@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, LLC |
| 210 A South MacDill Avenue | 3350 Buschwood Park Dr., Suite 195 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Tele: (813) 500-1500 | Tele: (813) 440-5328 |
| Fax: (813) 435-2369 | Fax: (813) 446-3140 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## **CERTIFICATE OF SERVICE**

     I certify that on December 20, 2017, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                 *s/Amanda J. Allen, Esq.*
                                 **Amanda J. Allen, Esquire**
                                 Florida Bar No. 98228
                                 Amanda@TheConsumerProtectionFirm.com
                                 Shenia@TheConsumerProtectionFirm.com
                                 THE CONSUMER PROTECTION FIRM, PLLC
                                 210 A South MacDill Avenue
                                 Tampa, FL 33609
                                 Tele:  (813) 500-1500
                                 Fax:  (813) 435-2369
                                 ***Attorney for Plaintiff***